(67 Hun, 652.)

METZGER v. METROPOLITAN EL. RY. CO.  BOARDMAN v. SAME.
CURRY v. SAME.  SAME v. NEW YORK EL. R. CO.

(Supreme Court, General Term, First Department.  February 17, 1893.)

No opinion.  Motion for reargument denied, with $10 costs and printing disbursements in one case.  See 21 N. Y. Supp. 676.

---

(67 Hun, 652.)

NATIONAL PARK BANK, Respondent, v. LEVY, Appellant.

(Supreme Court, General Term, First Department.  February 17, 1893.)

No opinion.  Order affirmed, with $10 costs and disbursements.

---

(67 Hun, 652.)

POPPER, Appellant, v. WALLACH et al., Respondents.

(Supreme Court, General Term, First Department.  February 17, 1893.)

Action by Emanuel Popper against Henry Wallach and others.
No opinion.  Judgment affirmed, with costs and disbursements.

---

(67 Hun, 652.)

SCHWARTZ et al., Respondents, v. WOOD, Appellant.

(Supreme Court, General Term, First Department.  February 17, 1893.)

Action by Jacob Schwartz and another against John Wood.
No opinion.  Motion denied, with $10 costs.  See 21 N. Y. Supp. 1053.

---

(67 Hun, 652.)

In re SMITH.

In re STEELE.

(Supreme Court, General Term, First Department.  February 17, 1893.)

Application of James Steele for examination of William G. Smith.
No opinion.  Order affirmed, with costs and disbursements.

---

CAHILL v. RUSSELL et al.

(Supreme Court, General Term, First Department.  May 12, 1893.)

Action by John Cahill, as executor, etc., against Mary A. Russell and others.
C. E. Minor, for plaintiff.
A. H. Alker and G. W. Cotterill, for defendants.
No opinion.  Motion granted.

---

DOVALE v. ACKERMAN et al.

(Supreme Court, General Term, First Department.  May 12, 1893.)

Action by Ricot J. Dovale against Bernard L. Ackerman, Sr., and another.
For former report, see 7 N. Y. Supp. 833, 11 N. Y. Supp. 5, and 15 N. Y. Supp. 196.